[Merrimack, December, 1880.]

## BATCHELDER & a. *v.* HIBBARD.

*J. Y. Mugridge*, for the plaintiffs.

*Sanborn & Clark*, for the defendant.

SMITH, J.   The defendant having contended, on the former res-
ervation of this case (58 N. H. 296), that he had revoked the plain-
tiffs' license, the report was recommitted.   The case now before
us is a copy of a second report of the committee, which does not
show any question of law raised by either party.   The defendant
does not present the question whether the petition can be main-
tained by a licensee, and does not, by brief or otherwise, insist upon
his exception to the order for judgment made at the October term,
1876.

<i>Case discharged.</i>

DOE, C. J., did not sit: the others concurred.